IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Patent Group LLC, | § | |
|     Relator | § | |
| | § | |
| v. | § | Civil Action No. 2:10-cv-465-TJW |
| | § | |
| SKM Industries, Inc., | § | |
|     Defendant | § | Jury Trial Demanded |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now Plaintiff PATENT GROUP, LLC by and through its attorney of record to file this Motion to Dismiss with Prejudice the above-referenced civil action.

    The above-referenced civil action has been resolved by compromise and settlement. As a result Plaintiff no longer wishes to pursue the litigation. Both parties respectfully request that the above-referenced civil action be dismissed, with prejudice.  Attached to this Motion is the proposed Order for consideration and approval of the Court.

    WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff respectfully moves to dismiss the above-referenced civil action with prejudice. All attorneys' fees, expenses, and court costs related to this litigation will be paid by the party incurring same.

    Plaintiff respectfully requests that the attached proposed Order be entered dismissing the above-referenced civil action, with prejudice.

Dated:  January 7, 2011        Respectfully submitted,

                                              ____/s/ Stafford Davis_____
                                              Stafford Davis

                                      Lead Counsel
                                      State Bar No. 24054605
                                      The Stafford Davis Firm, PC
                                      305 S. Broadway, Suite 406
                                      Tyler, Texas 75702
                                      (903) 593-7000
                                      sdavis@stafforddavisfirm.com

                                  ATTORNEY FOR RELATOR

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 7th day of January 2011. Any other counsel of record will be served by first class U.S. mail on this same date.

                                    ___/s/ Stafford Davis_____
ATTORNEY FOR RELATOR